UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

LARRY W. OTTERSON,

Defendant.

Case No. 08-cv-298-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the United States' motion for default judgment (Doc. 10). The Clerk of Court having properly made an entry of default under Federal Rule of Civil Procedure 55(a), and Plaintiff having filed the appropriate pleading and supporting affidavits, the Court hereby **GRANTS** the motion (Doc. 10) seeking default judgment under Federal Rule of Civil Procedure 55(b). The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff, United States of America, and against Defendant, Larry W. Otterson, in the following amounts:

Count I:  $5,702.74 ($5,627.97, as of February 18, 2008, plus interest at the rate of 8.00 % from February 18, 2008, to June 30, 2008);

Count II: $9701.89 ($9,569.76, as of February 18, 2008, plus interest at the rate of 8.20% from February 18, 2008, to June 30, 2008);

plus court costs in the amount of $350.00 pursuant to 28 U.S.C. § 2412(a)(2), and post judgment interest, which shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a), shall be computed daily and shall be compounded annually pursuant to 28 U.S.C. § 1961(b) until this judgment is satisfied in full.

**IT IS SO ORDERED.**
**DATED: July 15, 2008**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**