UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LARRY W. OTTERSON,

    Defendant.

Case No. 08-cv-298-JPG

## JUDGMENT

This matter having come before the Court, the defendant having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in Count I is entered in favor of plaintiff United States of America and against Defendant Larry W. Otterson in the amount of $5,702.74 ($5,627.97, as of February 18, 2008, plus interest at the rate of 8.00 % from February 18, 2008, to June 30, 2008);

IT IS FURTHER ORDERED AND ADJUDGED that judgment in Count II is entered in favor of plaintiff United States of America, and against Defendant Larry W. Otterson in the amount of $9701.89 ($9,569.76, as of February 18, 2008, plus interest at the rate of 8.20% from February 18, 2008, to June 30, 2008);

IT IS FURTHER ORDERED AND ADJUDGED that court costs are awarded to the plaintiff United States of America in the amount of $350.00 and that post judgment interest shall accrue on the foregoing amounts.

**NORBERT JAWORSKI**

Date: July 15, 2008      By:s/Deborah Agans, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**